# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21-cr-584 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JAWON STRICKLAND | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on September 16, 2025[1]. The Court referred this matter to Magistrate Judge Reuben J. Sheperd to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Sheperd reported that a supervised release violation hearing was held on October 8, 2025. The defendant admitted to the following violations:

1. Unauthorized Use of Drugs;
2. Failure to Report for Random Drug Testing; and
3. Failure to Follow the Instructions of the Probation Officer.

The magistrate judge filed a report and recommendation on October 8, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

---

[1] Supplemental Report filed on October 7, 2025, and Superseding Violation Reports were filed on October 24, 2025, and November 10, 2025. The Government moved to dismiss Violation 4 in the Superseding Violation Reports, which motion the court granted.

A final supervised release violation hearing was conducted on November 13, 2025. Present were the following: Assistant United States Attorney Toni B. Schnellinger, representing the United States; Attorney Michelle Stine Makkos, representing the defendant; the defendant Jawon Strickland and United States Probation Officer Brook Clark.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 4 months. No supervised release to follow.

Defendant shall self-report to the U.S. Marshal Office in Akron, Ohio on December 1, 2025, by 12:00 p.m. In the meantime, the defendant will remain on supervised release under the same terms and conditions as previously imposed. Any further violations while on supervised release are to be brought to the Court's attention immediately.

**IT IS SO ORDERED**.

Dated: November 13, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**